**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7918
_____

GREGORY S. HINES,

        Plaintiff - Appellant,

    v.

WARDEN RANDALL C. MATHENA; HAROLD W. CLARKE, VADOC,
Director; EBP ISRAEL HAMILTON, Re-Entry Institutional
Program Manager; JEFFERY ARTRIP, Unit Manager D. Bldg; TORI
RAIFORD, Counselor,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:13-cv-00288-JLK-RSB)

_____

Submitted:  April 3, 2014         Decided:  July 10, 2014

_____

Before DUNCAN and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory S. Hines, Appellant Pro Se.  Lara Kate Jacobs Todd,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory S. Hines appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hines v. Mathena, No. 7:13-cv-00288-JLK-RSB (W.D. Va. Oct. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED